



**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

Ashley B. Summer
Partner and Registered Patent Attorney
T: 212.413.9036  F: 864.250.2330
ashley.summer@nelsonmullins.com

330 Madison Avenue, 27th Floor
New York, NY 10017
T: 212.413.9000  F: 646.428.2610
nelsonmullins.com

November 9, 2023

**Via ECF**
The Honorable Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:   Joint Request for Adjournment and an Extension of Time**
*Saxx US Acquisition, Inc. v. Rhone Apparel, Inc.,* **1:23-cv-03388 (DEH)**

Dear Judge Ho:

The parties in this action have engaged in settlement discussions. As a result of those discussions, the parties have reached general agreement on several principal terms and are in the process of discussing specific settlement terms in an effort to reach a final agreement. To facilitate those continuing efforts, the parties respectfully seek to modify certain case deadlines by approximately forty-five (45) days as set forth herein.

The Initial Pre-Trial Conference is scheduled for November 30, 2023 at 11:30 am and a Joint Letter with a Civil Case Management Plan and Scheduling Order currently is due by November 22, 2023. No prior adjournment or extension for these events have been requested or ruled upon.

In addition, a response to the Complaint is currently due on November 17, 2023. Rhone has previously made two unopposed requests to extend that deadline by thirty (30) days (Dkt Nos. 11, 13) so the parties could engage in settlement discussions. The Court granted both requests (Dkt Nos. 12, 14).

In light of the foregoing and in an effort for the parties to attempt to reach a final resolution of the case, the parties jointly seek to adjourn the conference and extend the current deadlines by approximately forty-five (45) days and as set forth below (with three alternative dates proposed for the Initial Pre-Trial Conference as required by Your Honor's Individual Rules and Practices):

The Honorable Dale E. Ho
Joint Request for Adjournment
and an Extension of Time
Page 2

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Response to the Complaint | November 17, 2023 | January 2, 2023 |
| Joint Letter with Civil Case Management Plan and Scheduling Order | November 22, 2023 | January 8, 2023 |
| Initial Pre-Trial Conference | November 30, 2023 | January 17, 18, or 19, 2024* |

The parties jointly request the relief herein, and no other deadlines will be impacted by this request.

Respectfully submitted,

*/s/ Ashley B. Summer*
Ashley B. Summer
Counsel for Defendant
Rhone Apparel, Inc.

cc: Gene W. Lee, Esquire (glee@perkinscoie.com)
Andrew Klein (aklein@perkinscoie.com)
Daniel T. Shvodian (dshvodian@perkinscoie.com)

Application GRANTED. The response to the complaint shall be filed by **January 2, 2024**. The parties shall submit the Joint Letter with a Civil Case Management Plan and Scheduling Order by **January 8, 2024**. The letter shall include a description of settlement discussions, without disclosing any specific offers. The Initial Pre-trial Conference shall be held on **January 18, 2024, at 10:30 a.m. (E.T.)**. The parties are directed to call (646) 453-4442 and enter the Phone Conference ID (568 982 77), followed by the pound (#) sign. The Clerk of Court is respectfully directed to close the open motion at ECF No. 16.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: November 13, 2023
New York, New York