

 **NELSON MULLINS**

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Ashley B. Summer
Partner and Registered Patent Attorney
T: 212.413.9036  F: 864.250.2330
ashley.summer@nelsonmullins.com

330 Madison Avenue, 27th Floor
New York, NY 10017
T: 212.413.9000  F: 646.428.2610
nelsonmullins.com

**Via ECF**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED.  The deadline to submit the response to the complaint is adjourned to **February 22, 2024**.  The deadline to submit the joint status letter and proposed case management plan is adjourned to **February 28, 2024**.  The date of the initial pretrial conference is adjourned to **March 7, 2024, at 2:00 p.m. (E.T.)**.  To attend the conference, the parties shall dial 646-453-4442, enter the meeting code 56898277, and press pound (#).
>
> SO ORDERED.  The Clerk of Court is respectfully requested to terminate ECF No. 20.
>
> *[signature]*
> Dale E. Ho
> United States District Judge
> New York, New York Dated: January 30, 2024

**RE:  Joint Request for Adjournment and an Extension of Time**
*Saxx US Acquisition, Inc. v. Rhone Apparel, Inc.,* **1:23-cv-03388 (DEH)**

Dear Judge Ho:

The parties in this action have engaged in settlement discussions and are in the final stage of reviewing a settlement agreement for execution.  Following compliance with certain terms, the case will be dismissed within five days from execution of that agreement. To allow for such final efforts to be completed for the anticipated dismissal, the parties respectfully seek to modify certain case deadlines by twenty-one (21) days as set forth herein.  The parties do not anticipate that any further extensions will be needed.

The Initial Pre-Trial Conference is scheduled for February 15, 2024 at 11:30 am and a Joint Letter with a Civil Case Management Plan and Scheduling Order currently is due by February 7, 2024.  One prior forty-five (45) day extension was granted jointly request and granted for these events (Dkt. No. 19).

In addition, a response to the Complaint is currently due on February 1, 2024. Rhone has previously made two unopposed requests to extend that deadline by thirty (30) days (Dkt Nos. 11, 13) and the parties have jointly requested a sixty (60) extension (Dkt. No. 18) to engage in settlement discussions.  The Court granted those prior requests (Dkt Nos. 12, 14, 19).

In light of the foregoing and in an effort for the parties to attempt to reach a final resolution of the case, the parties jointly seek to adjourn the conference and extend the current deadlines by approximately twenty-one (21) days and as set forth below (with three alternative dates proposed for the Initial Pre-Trial Conference as required by Your Honor's Individual Rules and Practices):

The Honorable Dale E. Ho
Joint Request for Adjournment
and an Extension of Time
Page 2

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Response to the Complaint | February 1, 2024 | February 22, 2024 |
| Joint Letter with Civil Case Management Plan and Scheduling Order | February 7, 2024 | February 28, 2024 |
| Initial Pre-Trial Conference | February 15, 2024 | March 5, 6, or 7, 2024 |

      The parties jointly request the relief herein, and no other deadlines will be impacted by this request.

Respectfully submitted,

*/s/ Ashley B. Summer*
Ashley B. Summer
Counsel for Defendant
Rhone Apparel, Inc.

cc:    Gene W. Lee, Esquire (glee@perkinscoie.com)
        Andrew Klein (aklein@perkinscoie.com)
        Daniel T. Shvodian (dshvodian@perkinscoie.com)