IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAXX US ACQUISITION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RHONE APPAREL, INC., <br><br> Defendant | Civil Action No. 1:23-cv-03388 (DEH) |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, by and through their respective undersigned counsel, hereby stipulate to the dismissal, with prejudice, of this action, wherein Plaintiff hereby dismisses any and all claims and potential claims with prejudice and Defendant hereby dismisses any and all actual or potential counterclaims in this action with prejudice insofar as they relate to the accused underwear products in this case. Each party shall bear its own costs and attorneys' fees.

PERKINS COIE LLP
Gene W. Lee
1155 Avenue of the Americas, 22nd Fl.
New York, NY 10036-2711
Tel: 212.261.6900
Fax: 212.977.1649
GLee@perkinscoie.com

NELSON MULLINS RILEY &
SCARBOROUGH, LLP
Ashley B. Summer
Federal Bar No. 9560
Email: ashley.summer@nelsonmullins.com
330 Madison Avenue, 27th Floor
New York, New York 10017
(212) 413-9036

Attorneys for Plaintiff Saxx US Acquisition, Inc.

Attorneys for Defendant Rhone Apparel, Inc.